UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BOBBY G. RAGAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. 1:13CV00030 AGF/TIA |

## **MEMORANDUM AND ORDER**

Currently before the Court is the Report and Recommendation of United States Magistrate Judge Terry I. Adelman, to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. § 636(b). On February 28, 2014, Magistrate Judge Adelman filed his Report and Recommendation, recommending that the Court affirm Defendant's final decision to deny Plaintiff supplemental security income under Title XVI of the Social Security Act and disability insurance benefits under Title II of the Act. Neither party has filed objections to the Report and Recommendation in the time provided.

Upon careful consideration of the Report and Recommendation and the record in this case, the Court concurs with the recommendation of the Magistrate Judge that Defendant's decision in this matter should be affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's final decision in this case is **AFFIRMED**.

A separate Judgment shall accompany this Memorandum and Order.

                                               _____
                                               AUDREY G. FLEISSIG
                                               UNITED STATES DISTRICT JUDGE

Dated this 18th day of March, 2014.